# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL CASE NO. 9:19-CR-1 |
| | § |
| THOMAS STEWART HOLCOMB | § |

### ORDER ADOPTING REPORT AND RECOMMENDATION
### ON DEFENDANT'S COMPETENCY TO STAND TRIAL

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration. Judge Giblin conducted a hearing to determine defendant's competency. After considering the psychological examiner's findings, Judge Giblin filed his report and recommendation on defendant's competency to proceed. Judge Giblin concluded that the defendant is competent pursuant to 18 U.S.C. § 4241.

The parties did not object to the magistrate judge's findings and recommendation. The Court **ORDERS** that the report and recommendation on the defendant's competency to stand trial [Doc. No. 16] is **ADOPTED.** The Court further **ORDERS** and **FINDS** that, in accordance with the magistrate judge's recommendation and the examiner's report, defendant, Thomas Holcomb, is competent to proceed pursuant to Title 18, United States Code, Section 4241. The Court finally **ORDERS** that Speedy Trial time is **EXCLUDED** from February 12, 2019, the date of Judge Giblin's order directing a mental examination [Doc. No. 12], through the date of this order.

**So Ordered and Signed**
**Jul 17, 2019**

_____
Ron Clark, Senior District Judge