Aug. 7, 2021

9:19 CR 1

Honorable Judge ron clark,

My name is Thomas Stewart Holcomb #28356-078 and my release Date is Jan. 19 2023 which is incorrect. I was sentenced on Jan 14, 2020 and that was 41 months for Bank robbery with a note. I had spent 14 months incarcerated already when sentenced since being arrested for that charge, I was on Bond for a State charge when i was arrested for Bank robbery. and was not inDicted on that charge until 18 months after arrest (July 19, 2018) I was sentenced about 1 month 1/2 after being Sentenced by feds (mar 6, 2020) and State ran charge concurrent with feds 41 months. My Lawyer is Gary Bonneaux out of Beaumont (Eastern District) he has Done nothing to help me get my credit missing. IM missing 15 months, 6 months of that was spent in U.S. marshals custody and the other in T.D.C.J. Texas. I've spent 33 months incarcerated on a 41 month charge and never once got in trouble. My Mother needs me sir, She is slowly passing from heart Disease. I can prove it. Can i at least have credit for the time I spent in U.S. marshals custody from Mar 23 2020 to Sep 14, 2020 that was not credited to me, I was in the ice Detention Center in Livingston, Tx. M.T.C./I.A.H and its on Record/Archive. THANK you and God Bless. Im currently in U.S.P. Beaumont and Horrified sir,
Thomas Stewart Holcomb

P.S.
I also need Sentencing and Docket and Discovery Documents Sent to me please, thankyou.

Thomas Stewart Holcomb -20356-078
U.S.P.
P.O. Box 26030
Beaumont, TX. 77720-6030

CLERK, U.S. DISTRICT COURT
RECEIVED
AUG 11 2021
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

Honorable Judge Ron Clark
Jack Brooks Federal Building
and United States Ct. House
Suite 104 300 Willow St,
Beaumont, TX 77701

NORTH HOUSTON TX 773
9 AUG 2021 PM 7 L

Legal Mail

